


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN DELIA RIVERA,<br>Plaintiff | CIVIL ACTION |
| vs. | **FILED**<br>AUG 0 6 2013 |
| MICHAEL J. ASTRUE[1],<br>Commissioner of Social Security,<br>Defendant | MICHAEL E. KUNZ, Clerk<br>NO. 12-5100  By ___ Dep. Clerk |

## ORDER

RONALD L. BUCKWALTER, J.

AND NOW, this 6th day of August, 2013, upon consideration of the plaintiff's request for review, defendant's response thereto, and plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa,* IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. Plaintiff's Motion for Summary Judgment is DENIED.

BY THE COURT:

RONALD L. BUCKWALTER, J.
UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue became Commissioner of Social Security on February 14, 2007. Pursuant to Fed. R. Civ. Pr. 25(d)(1), he is automatically substituted for Jo Anne B. Barnhart as defendant in this matter.

*In the course of this review, the court found what it considered a typographical error on p. 9 where the report stated ... "ALJ's decision was not supported by substantial evidence" — the word not is deleted.